Arnold A. LISS, We the People of the United States of America by Arnold A. Liss, Plaintiff–Appellant,

v.

Jacqueline BJORK, Sr., Tax Representative; E. Hernandez, Sr., Compliance Representative; J. Coffman, Branch Manager of the Franchise Tax Board; George Griffith, Sergeant, CHP and accompanying Officer; Bradley Towing Company; John Does, × through 4999, Defendants–Appellees.

No. 00–55970.

D.C. No. CV–00–00775–JNK.

United States Court of Appeals, Ninth Circuit.

Submitted June 11, 2001.[1]

Decided June 25, 2001.

Before O'SCANNLAIN, SILVERMAN, and GOULD, Circuit Judges.

MEMORANDUM[2]

Arnold A. Liss appeals pro se the district court's Fed.R.Civ.P. 12(b)(6) dismissal of his "complaint in trespass". alleging a conspiracy by California state tax officials and others. We agree with the district

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4.

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

court that the Tax Injunction Act, 28 U.S.C. § 1341, deprived it of jurisdiction because California offers a "plain, speedy and efficient remedy" in its courts for tax appeals, and the gravamen of Liss's complaint impermissibly seeks federal court intrusion into California's taxation and collection process. *Jerron West, Inc. v. State of California State Board of Equalization,* 129 F.3d 1334, 1338 (9th Cir.), *cert. denied,* 525 U.S. 819, 119 S.Ct. 58, 142 L.Ed.2d 46 (1998).

Liss's request for a default judgment is denied, and the district court is AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.